UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| PERLA A. HERNANDEZ, | ) | |
| Plaintiff, | ) | Case No. 2:16-cv-02414-KJD-GWF |
| vs. | ) | **ORDER** |
| BANK OF AMERICA, N.A., *et al.*, | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendants' the State of Nevada and Clark County's Proposed Discovery Plan and Scheduling Order (ECF No. 44), filed on January 13, 2017.

On February 2, 2017, the Court entered an Order (ECF No. 51) granting Defendant Bank of America's Motion to Stay Discovery. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' the State of Nevada and Clark County's Proposed Discovery Plan and Scheduling Order (ECF No. 44) is **denied**, without prejudice. The parties shall file a renewed discovery plan, if necessary, fourteen (14) days after the stay of discovery is lifted.

DATED this 3rd day of February, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge