# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PERLA HERNANDEZ,

    Plaintiff,

v.

STATE OF NEVADA, *et al*.,

    Defendants.

Case No. 2:16-CV-2414-KJD-NJK

**ORDER**

    On November 8, 2016, the Court ordered (#11) Plaintiff to show cause why her complaint should not be dismissed for failing to demonstrate either federal question or diversity jurisdiction. Plaintiff responded by filing a Writ of Error Qua Corum Nobis Residant RE: Minute Order (#21). The response is in the style of the "sovereign citizen" or "freeman" in which the party attempts to assert that they are not under the authority of the court, or as asserted in the present "Writ", that Plaintiff Perla Hernandez is, in fact, the court. Her response did not address the jurisdictional issues raised by the Court. Therefore, the Court finds that it lacks subject matter jurisdiction.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's Complaint (#3) is **DISMISSED with prejudice**;

    IT IS FURTHER ORDERED that all other outstanding motions are **DENIED as moot**;

IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Defendants and against Plaintiff.

DATED this 22nd day of February 2017.

_____
Kent J. Dawson
United States District Judge