# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PERLA HERNANDEZ, | |
|     Plaintiff, | Case No. 2:16-CV-02414-KJD-GWF |
| v. | **ORDER** |
| STATE OF NEVADA, *et al*., | |
|     Defendants. | |

The Court dismissed this action for lack of jurisdiction on February 23, 2017. Plaintiff has intentionally continued to file documents in this action as if she is the judicial authority. Accordingly, the Court will accept no further filings in this closed action other than a notice of appeal. All pending "motions" are denied. The Clerk of the Court is ordered to **STRIKE** Docket Nos. 55-58.

**IT IS SO ORDERED.**

DATED this 31st day of March 2017.

_____
Kent J. Dawson
United States District Judge